IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 06-710-1 |
| BILIAL SHABAZZ | |

**O R D E R**

**AND NOW**, this 29th day of January, 2025, upon consideration of Defendant Shabazz's Motion for Compassionate Release (ECF No. 324) and all responses and replies thereto (ECF No. 330, 334), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*S/* WENDY BEETLESTONE
_____
WENDY BEETLESTONE, J.